BENJAMIN B. WAGNER
United States Attorney
ALEX LOZADA
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | 2:11-MJ-00383-EFB |
| )  | |
| Plaintiff,  )  | Order Vacating Court Trial |
| )  | And Setting Change of Plea |
| v.  )  | |
| )  | |
| CESAR PADILLA,  )  | DATE:  February **13**, 2012 |
| )  | TIME:  10:00 a.m. |
| Defendant.  )  | JUDGE: Hon. Edmund F. Brennan |
| _____) | |

It is hereby Ordered that the court trial scheduled for February 14, 2012 at 10:00 a.m. is vacated and a change of plea hearing is set for February **13**, 2012 at 10:00 a.m.

IT IS SO ORDERED.

DATED: February 9, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE